B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Georgia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**News Publishing Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**58-0410700** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**305 East 6th Avenue**<br>**Rome, GA**<br>ZIP Code **30162** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Floyd** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7        ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9            of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13            of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(12/11)                                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **News Publishing Company** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>   Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                                  Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **News Publishing Company** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ J. Nevin Smith**
Signature of Attorney for Debtor(s)

**J. Nevin Smith 661110**
Printed Name of Attorney for Debtor(s)

**SMITH CONERLY LLP**
Firm Name

**402 Newnan Street**
**Carrollton, GA 30117**

_____
Address

**Email: cstembridge@smithconerly.com**
**770-834-1160  Fax: 770-834-1190**
Telephone Number

**January  1, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Burgett H. Mooney, III**
Signature of Authorized Individual

**Burgett H. Mooney, III**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**January  1, 2013**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re   **News Publishing Company**                                           Case No. _____

Debtor(s)                Chapter      **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Advantage Newspaper Consult**<br>**597 Oliver Street**<br>**Fayetteville, NC 28304-4432** | **Advantage Newspaper Consult**<br>**597 Oliver Street**<br>**Fayetteville, NC 28304-4432** | **Services provided to Debtor.** | | **14,248.50** |
| **Blue Cross Blue Shield of GA**<br>**P.O. BOX 100376**<br>**Atlanta, GA 30384-0376** | **Blue Cross Blue Shield of GA**<br>**P.O. BOX 100376**<br>**Atlanta, GA 30384-0376** | **Services provided to Debtor.** | | **32,868.18** |
| **Citizens First Bank**<br>**701 Broad Street**<br>**Rome, GA 30161** | **Citizens First Bank**<br>**701 Broad Street**<br>**Rome, GA 30161** | **Unsecured portion of secured loan.** | | **860,628.17**<br><br>**(750,000.00 secured)** |
| **Digital Technology Intl.**<br>**P.O. Box 6197**<br>**Chicago, IL 60680-6197** | **Digital Technology Intl.**<br>**P.O. Box 6197**<br>**Chicago, IL 60680-6197** | **Services provided to Debtor.** | | **16,628.94** |
| **Eastman Kodak Company**<br>**Main US Collections**<br>**1790 Solutions Center**<br>**Chicago, IL 60677-1007** | **Eastman Kodak Company**<br>**Main US Collections**<br>**1790 Solutions Center**<br>**Chicago, IL 60677-1007** | **Services provided to Debtor.** | | **52,307.27** |
| **Elizabeth M. Mozley**<br>**1 Pinewood Terrace**<br>**Rome, GA 30161** | **Elizabeth M. Mozley**<br>**1 Pinewood Terrace**<br>**Rome, GA 30161** | **Unsecured loans to Debtor.** | | **393,001.58** |
| **Employment Alliances  LLC**<br>**dba Etowah Employment**<br>**255 North 5th Avenue**<br>**Rome, GA 30165** | **Employment Alliances  LLC**<br>**dba Etowah Employment**<br>**255 North 5th Avenue**<br>**Rome, GA 30165** | **Services provided to Debtor.** | | **54,474.40** |
| **Floyd County Tax Commissioner**<br>**P.O. Box 26**<br>**Rome, GA 30162-0026** | **Floyd County Tax Commissioner**<br>**P.O. Box 26**<br>**Rome, GA 30162-0026** | **Personal property taxes for equipment and inventory.** | | **34,113.97** |
| **Greater Rome Bank**<br>**P.O. Box 529**<br>**Rome, GA 30165** | **Greater Rome Bank**<br>**P.O. Box 529**<br>**Rome, GA 30165** | **Unsecured portion of secured loan.** | | **824,639.00**<br><br>**(235,000.00 secured)** |

B4 (Official Form 4) (12/07) - Cont.

In re    **News Publishing Company**                                              Case No. _____

_____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Jane M. Morgan**<br>**2055 HORSELEG CREEK RD SW**<br>**Rome, GA 30161** | **Jane M. Morgan**<br>**2055 HORSELEG CREEK RD  SW**<br>**Rome, GA 30161** | **Unsecured loan to Debtor.** | | **343,001.58** |
| **Mary Sibley Banks**<br>**435 Mt. Alto Road**<br>**Rome, GA 30165** | **Mary Sibley Banks**<br>**435 Mt. Alto Road**<br>**Rome, GA 30165** | **Unsecured loan to Debtor.** | | **343,001.58** |
| **News Publishing Pension Plan**<br>**305 E. 6th Avenue**<br>**Rome, GA 30162** | **News Publishing Pension Plan**<br>**305 E. 6th Avenue**<br>**Rome, GA 30162** | **Employer benefit plan contribution.** | | **783,876.00** |
| **Northwest Georgia Capital, LLC**<br>**305 East 6th Avenue**<br>**Rome, GA 30162** | **Northwest Georgia Capital, LLC**<br>**305 East 6th Avenue**<br>**Rome, GA 30162** | **Guaranty of Promissory Note from Rome Hosiery, LLC, an affiliate of Debtor, to Wachovia Bank. Debt now held by Northwest Georgia Capital, LLC.** | | **4,040,000.00** |
| **Purchase Power**<br>**P.O. BOX 371874**<br>**Pittsburgh, PA 15250-7874** | **Purchase Power**<br>**P.O. BOX 371874**<br>**Pittsburgh, PA 15250-7874** | **Services provided to Debtor.** | | **49,945.02** |
| **Southern Lithoplate, Inc.**<br>**P.O. BOX 9400**<br>**Wake Forest, NC 27588-9400** | **Southern Lithoplate, Inc.**<br>**P.O. BOX 9400**<br>**Wake Forest, NC 27588-9400** | **Services provided to Debtor.** | | **61,011.16** |
| **SP Newsprint Co.**<br>**P.O. BOX 101449**<br>**Atlanta, GA 30392-1449** | **SP Newsprint Co.**<br>**P.O. BOX 101449**<br>**Atlanta, GA 30392-1449** | **Services provided to Debtor.** | | **234,804.25** |
| **Spring Creek Properties**<br>**384 David Road  SE**<br>**Rome, GA 30161** | **Spring Creek Properties**<br>**384 David Road  SE**<br>**Rome, GA 30161** | **Services provided to Debtor.** | | **31,122.00** |
| **Sun Chemical**<br>**PO Box 2193**<br>**Carol Stream, IL 60132-2193** | **Sun Chemical**<br>**PO Box 2193**<br>**Carol Stream, IL 60132-2193** | **Services and supplies provided to Debtor.** | | **36,265.07** |
| **United Community Bank**<br>**307 E 2nd Avenue**<br>**Rome, GA 30162** | **United Community Bank**<br>**307 E 2nd Avenue**<br>**Rome, GA 30162** | **Unsecured loan.** | | **885,998.86** |
| **Wallis Printing Company**<br>**6 Redmond Court**<br>**Rome, GA 30162-1674** | **Wallis Printing Company**<br>**6 Redmond Court**<br>**Rome, GA 30162-1674** | **Services provided to Debtor.** | | **22,502.52** |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **News Publishing Company**                                          Case No. _____
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **January 1, 2013**                          Signature    **/s/ Burgett H. Mooney, III**
                                                                    **Burgett H. Mooney, III**
                                                                    **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Accuweather, Inc.
385 SCIENCE PARK ROAD
STATE COLLEGE, PA 16803-2215


Accuweather, Inc.
388 Science Park Road
State College, PA 16803-2215


Ad2Pro Media Sol Private Ltd
23371 Mullholland Dr #132
Woodland Hills, CA 91364


Ad2Pro Media Solutions Pvt Ltd
63/B 3rd Cross 6th Main 3rd Ph
JP Nagar, Bangalore  560078


Adsend
VIO INC
PO BOX 30619
NEWARK, NJ 07188-0619


ADT Security Services, Inc.
Warren Harber
74 Southwoods Pkwy.
Atlanta, GA 30354-3768


Advanced Publishing Technology
123 S. Victory Blvd.
Burbank, CA 91502-2347


Advantage Newspaper Consult
597 Oliver Street
Fayetteville, NC 28304-4432


AFLAC
ATTN: REMITTANCE PROC SERV
1932 Wynnton Road
COLUMBUS, GA 31999-0797

Airgas USA  LLC
P.O. BOX 532609
ATLANTA, GA 30353-2609


All Clean Janitorial Services
PO BOX 3082
ROME, GA 30164


Alternative Mailing Systems
Suite 100
Duluth, GA 30096-4932


Ameritas Life Ins. Corp.
P.O. BOX 81889
LINCOLN, NE 68501-1889


AP Associated Press
450 W 33rd Street
New York, NY 10001


Arrow Exterminators
1016 S. Wall Street
CALHOUN, GA 30703-0067


ASA Fire Protection
1121 GRASSDALE RD NW
CARTERSVILLE, GA 30121-6037


Associated Press
450 West 33rd Street
New York, NY 10001


AT&T
P.O. BOX 105262
ATLANTA, GA 30348-5262

AT&T Capital Services  Inc.
2000 W AT&T Center Dr
Hoffman Estates, IL 30192


AT&T Capital Services, Inc.
2000 W. AT&T Center Drive
Hoffman Estates, IL 60192-5000


AT&T Capital Services, Inc.
13160 Collections Center
Chicago, IL 60693


AT&T Corp.
One AT&T Way
Bedminster, NJ 07921-0752


AT&T Long Distance Service
P.O. Box 856178
Louisville, KY 40285-6178


AT&T Mobility
PO BOX 6463
CAROL STREAM, IL 60197-6463


Athletixnation, Inc.


Athlon Sports Communications
PO BOX 440190
NASHVILLE, TN 37244-0190


Athlon Sports Communications
220 25th Avenue North
Suite 200
Nashville, TN 37203

Audit Bureau of Circulations
DEPT 20-8026
CAROL STREAM, IL 60197-5998


B-N-E Plastic Products, Inc.
205 Collie Road
CALHOUN, LA 71225


Barbara S. Rogers
11230 London Lane
Apison, TN 37302


BCC Software, Inc.
760 South Wolf Road
Wheeling, IL 60090


Bell and Howell BCC
7072 Solution Center
Chicago, IL 60677-7000


Bert Brooks Tire
314 Eeast 2nd Avenue
ROME, GA 30161


Billy Jackson
108 Agnes St SW
Rome, GA 30161-4840


Binkleys Auto  Care
1219  Calhoun Avenue
Rome, GA 30161


Blue Cross Blue Shield of GA
P.O. BOX 100376
Atlanta, GA 30384-0376

Brinson Askew & Berry
615 WEST FIRST STREET
ROME, GA 30162-5007


Brown & Brown Insurance
901 North Broad Street
Rome, GA 30161


Business Office Supplies
201 N. Federal Hwy #111
Deerfield Beach, FL 33441


C&W Pressroom Products
180 E Union Ave
East Rutherford, NJ 07073


Cagle Cartoons, Inc.
PO BOX 22342
SANTA BARBARA, CA 93121


Caldwell Printing
420 East First Avenue
Rome, GA 30161


Calhoun Utilities
700 West Line Street
Calhoun, GA 30701


Camp Industries  Inc.
P.O. Box 833
Rome, GA 30161


Carr Riggs & Ingram
4360 Chamblee Dunwoody Road
Atlanta, GA 30341

Carver & Carver Plumbing, Inc.
102 Clark Avenue
Rome, GA 30165


Catoosa Chamber of Commerce
264 CATOOSA CIRCLE
RINGGOLD, GA 30736


Catoosa Co. Tax Commissioner
796 La Fayette Street
County Administration Building
Ringgold, GA 30736


CDW Direct  LLC
200 N Milwaukee Avenue
Vernon Hills, IL 60061


Cedartown Postmaster
145 WEST AVENUE
CEDARTOWN, GA 30125-9998


Chad Lance
5 Woodruff St SE Apt B
Silver Creek, GA 30173-2070


Chamber of Commerce
Cartersville - Bartow County
P.O. Box 307
CARTERSVILLE, GA 30120


Charter Cable Partners, LLC
1925 Breckinridge Plaza
Suite 100
Duluth, GA 30096


Charter Communications
PO BOX 9001933
LOUISVILLE, KY 40290-1933

Charter Communications, LLC
1774 Henry G. Lane
Maryville, TN 37801


Charter Communications, LLC
1925 Breckinridge Plaza
Suite 100
Duluth, GA 30096


Chattanooga Times Free Press
P.O. Box 1447
CHATTANOOGA, TN 37401-1447


Chattooga Co Chamber Commerce
P.O. Box 217
SUMMERVILLE, GA 30747


Cherokee Co. Probate Office
100 Cedar Bluff Road
Suite 101
CENTRE, AL 35960


Cherokee Co. Revenue Com.
260 Cedar Bluff Road
Suite 102
Centre, AL 35960


Cherokee Electric Cooperative
DRAWER O
CENTRE, AL 35960-9990


Chicamauga Postmaster
207 W. 10th STREET
CHICAMAUGA, GA 30707-9998


Cintas Corp. #071
PO BOX 630910
CINCINNATI, OH 45263-0910

Circulation Development, Inc.
P.O. Box 6
WENTZVILLE, MO 63385-0006


Citizens First Bank
701 Broad Street
Rome, GA 30161


Citizens First Bank
Corporations Service Company
40 Technology Parkway S. #300
Norcross, GA 30092


Citrix
C/O Subscription Advantage
851 West Cypress Creek
Fort Lauderdale, FL 33309


Citrix
Corporation Service Corp.
40 Technology Parkway S. #300
Norcross, GA 30092


City of Calhoun
P.O. Box 248
Calhoun, GA 30703-0248


City of Cedartown
TAX DEPARTMENT
201 East Avenue
CEDARTOWN, GA 30125


City of La Fayette
P.O. BOX 89
LAFAYETTE, GA 30728


City of Ringgold
P.O. BOX 579
RINGGOLD, GA 30736

City of Rockmart
200 SOUTH MARBLE STREET
ROCKMART, GA 30153


City of Rome Water and Sewer
P.O. BOX 1711
ROME, GA 30162-1711


Cleveland Electric Company
P.O. Box 11407
BIRMINGHAM, AL 35246-1387


Clifford Bailey
PO Box 367
Shannon, GA 30172-0367


Comcast Communications
P.O. Box 105184
ATLANTA, GA 30348-5184


Companion P&C
PO Box 6000
Columbia, SC 29260


Cook's Pest Control, Inc.
P.O. BOX 5098
CHATTANOOGA, TN 37406


Courtesy Ford Lincoln Mercury
101 HWY 411 EAST
ROME, GA 30161


Cox Enterprises, Inc.
d/b/a Atlanta Journal

Culligan Water Co of America
2683 Peach Street Square
Atlanta, GA 30360


DAC Associates, Inc.
3 BERRY LANE
NORFOLK, MA 02056


Darlington School
ATTN: Coach Hunt
1014 Cave Spring Road
ROME, GA 30161-9988


Database Publishing Systems
784 Old Main Street
Rocky Hill, CT 06067


Dekalb Cherokee Gas District
P.O. BOX 680376
FORT PAYNE, AL 35968-1604


Digital Community Holdings
316 South Main Street
Inwood, IA 51240


Digital Technology Intl, LLC
1180 N. Mountain Springs Parkw
Springville, UT 84663


Digital Technology Intl.
P.O. Box 6197
Chicago, IL 60680-6197


Dixie Trophy
7849 NASHVILLE STREET
RINGGOLD, GA 30736

Dow Jones & Company, Inc.
4300 North Route 1
Monmouth Junction, NJ 08852


Dowdy's Office Equipment
120 NORTH 5TH STREET
GADSDEN, AL 35901


DPS, Inc.
784 Old Main Street
Rocky Hill, CT 06067


Dynaric Inc
PO Box 824226
Phildadelphia, PA 19182-4226


Eastman Kodak Company
Main US Collections
1790 Solutions Center
Chicago, IL 60677-1007


Eastman Kodak Company
PO BOX 640350
Pittsburgh, PA 15264-0350


Eastman Kodak Company
343 State Street
Rochester, NY 14650


Elizabeth M. Mozley
1 Pinewood Terrace
Rome, GA 30161


Employment Alliances  LLC
dba Etowah Employment
255 North 5th Avenue
Rome, GA 30165

```
EnviroGuard, Inc
Daisy Pest Control in Georgia
456 Bandy Lane 
Ringgold, GA 30736


Express Card and Label Co. Inc
PO BOX 4247
TOPEKA, KS 66604-0247


Extermco Pest Control
8255 Al Highway 9 N
Cedar Bluff, AL 35959-2219


Farago & Associates
29200 Northwestern Hwy.
Suite 114
SOUTHFIELD, MI 48034


Fast Printing & Copies, Inc.
1019 N. BROAD STREET
ROME, GA 30162-5210


Fastenal Company
P.O. BOX 1286
WINONA, MN 55987-1286


FEDEX
P.O. BOX 660481
DALLAS, TX 75266-0481


Floyd Co. Extension Service
12 East 4th Avenue
Suite 107
ROME, GA 30161


Floyd County Tax Commissioner
P.O. Box 26
Rome, GA 30162-0026
```

Floyd County Vital Records
16 East 12th Street
Rome, GA 30161


FYI Television, Inc.
1901 N. State Hwy. 360
3rd Floor
Grand Prairie, TX 75050-1412


G&K Services
6030 LaGrange Blvd.
Atlanta, GA 30336


G.Neil Corporation
P.O. Box 451179
Sunrise, FL 33345-1179


Gadsden Times
401 Locust Street
Gadsden, AL 35901


GE Capital
P.O. BOX 740441
ATLANTA, GA 30374-0441


General Electric Capital Corp
1961 Hirst Drive
Moberly, MO 65270


Georgia Department of Labor
P.O. Box 5107
Rome, GA 30162-5107


Georgia Department of Revenue
1800 Century Center Blvd. NE
Atlanta, GA 30345-3205

Georgia Natural Gas
P.O. Box 105445
Atlanta, GA 30348-5445


Georgia Power Company
96 ANNEX
ATLANTA, GA 30396-0001


Georgia Press Association
3066 Mercer University Drive
Suite 200
ATLANTA, GA 30341-4137


GOOGLE INC
DEPT 34256
PO Box  39000
SAN FRANCISCO, CA 94139


Gordon County Tax Commissioner
P.O. Box 337
Calhoun, GA 30703


Grapic System Supply Inc
1109 Tamiami Trail Uint #5
Port Charlotte, FL 33953


Greater Rome Bank
P.O. Box 529
Rome, GA 30165


Greater Rome Bank
Robert L. Berry
P.O. Box 5007
Rome, GA 30162


Greater Rome Chamber Commerce
1 Riverside Parkway
Rome, GA 30161-2920

Gregory Mark White
P O BOX  82
ROME, GA  30162


Hazel Loretta Sims
800 BACK VALLEY RD
LYERLY, GA  30730


Heritage Pontiac Buick GMC
965 Veterans Memorial Highway
Rome, GA  30162


Heritage Union Life Ins. Co.
PO Box 371425
Pittsburgh, PA 15250-7425


Hindsman Hall & Storey. P.C.
1050 Forrest Avenue
Gadsden, AL 35902-1070


Hoag & Sons Book Bindery
145 N Main St
Eaton Raids, MI 48827


Holloway Credit Bureau Co.
P.O. Box 948
Rome, GA  30162


Home Depot
103 HICKS DRIVE
ROME, GA  30161


IBM Corp.
P.O. Box 534151
Atlanta, GA 30353-4151

IKON Financial Services
PO BOX 740540
ATLANTA, GA 30374-0540


Image Electric
PO Box 5227
Rome, GA 30162-5227


InDUG
1277 University of Oregon
Eugene, OR 97403-1277


Ingersoll Rand Company
800 B Beaty Street
Davidson, NC 28036


Ingersoll-Rand Company
15768 COLLECTIONS CENTER DR
CHICAGO, IL 60693


Internal Revenue Service
Attn: Bankruptcy 335-D
PO Box 995
Atlanta, GA 30370


IPC
407 Jeanette Ct
Nokomis, FL 34275


J.J. Keller & Associates, Inc.
P.O. Box 368
Neenah, WI 54957-0368


J.J. Keller & Associates, Inc.
P.O. Box 672
Neenah, WI 54957-0672

James McAllister
23 Woodcrest Rd SE
Acworth, GA 30102-6708


James W. Morris  Jr.
P.O. Box 1761
Cedartown, GA 30125


Jan-King of Chattanooga
6005 Century Oaks Drive
Suite 101
Chattanooga, TN 37416


Jane M. Morgan
2055 HORSELEG CREEK RD  SW
Rome, GA 30161


Jani-King of Chattanooga
609 RELIABILITY CIRCLE
KNOXVILLE, TN 37932


Jennifer Terry
105 Payne Ave SW
Rome, GA 30165


K&M Newspaper Services, Inc.
45 GILBERT STREET EXTENSION
MONROE, NY 10950


Keister-Williams Newspaper
PO Box 8187
Charlottesville, VA 22906


King Features Syndicate
P.O. BOX 409189
ATLANTA, GA 30384-9189

Kroll
1900 Church Street
Suite 300
Nashville, TN 37203


Laura Garrett
460 SECOND ST
ROME, GA 30161


Leadership GA Legacy Campaign
223 Peachtree Street, NE
Suite 2000
ATLANTA, GA 30303-1402


Learning More Circulation
IDEA SERVICE
526 Alabama St.
KILLEN, AL 35645


Lisa J. Heyer
P.O. Box 588
Lafayette, GA 30728


Lisa J. Heyer
23 N. Hwy. 27 By-Pass
La Fayette, GA 30728


Loran Smith Co.
540 Milledge Circle
Athens, GA 30606


Loyd S Rome Towing, Inc.
711 EAST 19TH STREET
ROME, GA 30161


Manugraph DGM, INC.
PO BOX 573
ELIZABETHVILLE, PA 17023

Maplewood Land Company, LLC
101 Maplewood Drive
Rome, GA 30161


Mark Green
PO BOX 112
CENTRE, AL 35960


Mary Sibley Banks
435 Mt. Alto Road
Rome, GA 30165


Mary's Record Shop
210 RED OAK RD
SUMMERVILLE, GA 30747-5128


Master Flo Technology, Inc.
1233 TESSIER STREET
Hawkesburty
ON Canada K6A3R1


Matchbin, Inc.
420 W. 1500 South
Suite 200
Bountiful, UT 84010


Material Handling, Inc.
P.O. BOX 1045
DALTON, GA 30722-1045


Material Handling, Inc.
631 N. Glenwood Avenue
Dalton, GA 30721


Matthew R. Brooks, Esq.
Troutman Sanders LLP
600 Peachtree St., NE Ste 5200
Atlanta, GA 30308

```
MCF Systems
4319 Tanners Church Rd
Ellenwood, GA 30294


McMaster-CARR Supply Company
P.O. BOX 7690
CHICAGO, IL 60680-7690


Metro Creative Graphics, Inc.
519 8th AVENUE 18TH FLOOR
NEW YORK, NY 10018-6506


Micro-Tel Center
3700 HOLCOMB BRIDGE ROAD
NORCROSS, GA 30092


Microsoft Licensing, GP
Dept. 551, Volume Licensing
6100 Neil Rd., Ste 210
Reno, NV 89511-1137


Milliman
10000 N. Central Expressway
Dallas, TX 75231-4177


Milliman
Ben L. Upchurch, Jr. FSA
3424 Peachtree Rd NE Ste 1900
Atlanta, GA 30326-1123


Monster Worldwide, Inc.
PO BOX 90364
CHICAGO, IL 60696-0364


Monster, Inc.
5 Clock Tower Place
Suite 500
Maynard, MA 01754
```

Morris Communications Corp.
Attn: Nancy Morton
725 Broad Street
Augusta, GA 30901


Multi-Ad Services, Inc.
35176 EAGLE WAY
CHICAGO, IL 60678-1351


Mutual Insurance Company, Ltd.
P.O. Box HM 3212
Hamilton HM NX, Bermuda


Nana Christina McEntyre
306 SIMMONS ST W
LAYETTE, GA 30728


National Newspaper Association
P.O. Box 7540
Columbia, MO 65205-7540


Nela
610 Whitetail Boulevard
River Falls, WI 54022


Neopost Alternative Mailing
1335 Valwood Parkway
Suite 111
Carrollton, TX 75006


New York Times Sales, Inc.
229 West 43rd Street
New York, NY 10036


News Publishing Pension Plan
305 E. 6th Avenue
Rome, GA 30162

Newspaper Assoc of America
P.O. BOX 79196
BALTIMORE, MD 21279-0196


Newspaper Holdings, Inc.
William Bronson
P.O. Box 1167
Dalton, GA 30722-1167


North GA Newspaper Group
308 SOUTH THORNTON AVENUE
DALTON, GA 30722-1167


North Georgia Equipment Co
1743 Calhoun Road NE
Rome, GA 30161


North Georgia Equipment Co.
1743 Calhoun Road  NE
Rome, GA 30161


Northwest Georgia Capital, LLC
305 East 6th Avenue
Rome, GA 30162


NPC Property Leasing
303 East Sixt Avenue
Rome, GA 30162


NPC Property Leasing LLC
PO BOX 1633
Rome, GA 30161


Office Depot
PO BOX 633211
CINCINNATI, OH 45263-3211

Olivia Deatherage
708 Burnt Hickory Rd SW
Cartersville, GA 30120-5431


Omberg Leasing LLC
c/o Otis Raybon
P.O. Box 1633
Rome, GA 30162


On the Cutting Edge
225 West Line Street
Calhoun, GA 30701


Orkin Exterminating Co., Inc.
P.O. BOX 660294
DALLAS, TX 75266-0294


Orkin Pest Control
PO Box 1895
Rome, GA 30162


OSG Billing Services
P.O. BOX 5895
ENGLEWOOD, NJ 07631-5895


Output Service Group
100 West Forest Avenue
Suite G
Englewood, NJ 07631


Pacers Service Center
P.O. Box 71364
Philadelphia, PA 19176-1364


Parade Publications
P.O. BOX 910682
DALLAS, TX 75391-0682

Parade Publications, Inc.
711 Third Avenue
New York, NY 10017


Parker FiberNet  LLC
P.O. Box 688
Summerville, GA 30747


Parker FiberNet, LLC
10005 Commerce Street
Summerville, GA 30747


PDI Plastics
PO Box 635994
Cincinnati, OH 45263-5994


Peek Hightower Lumber & Supply
P.O. Box 285
Cedartown, GA 30125


Pension Financial Services Inc
Attn: Larry Williford
3700 Crestwood Pkwy Ste 550
Duluth, GA 30096-7157


People's Telephone Company
1460 W. Main Street
Suite J
Centre, AL 35960


Pierre Rene Noth
5 Haynes Creek Road
Rome, Ga 30161


Pitney Bowes Global Financial
PO Box 371887
Pittsburgh, PA 15250-7887

Pitney Bowes Leasing
1469 Dogwood Drive
Pittsburgh, PA 15250-7887


Polk Co. Chamber of Commerce
133 SOUTH MARBLE STREET
ROCKMART, GA 30153


Polk Co. Tax Commissioner
144 West Avenue
Suite A
Cedartown, GA 30125


Progressive Business Syst.
1393 Duncan Lane  Suite 600
Auburn, GA 30011


Promotions Plus
216  Broad Street
Rome, GA 30161


ProQuest LLC
6216 Paysphere Circle
Chicago, IL 60674


Publishing Group of America
PO BOX 102206
ATLANTA, GA 30368-2206


Publishing Group of America
P.O. Box 1633
Rome, GA 30162


Purchase Power
P.O. BOX 371874□□□
Pittsburgh, PA 15250-7874

```
Quadtech, Inc.
BOX 88704
MILWAUKEE, WI 53288-0704


Quality Lawncare
Chris Payne
Rome, GA 30161


Radio Webs, Inc.
P.O. BOX 1299
CALHOUN, GA 30703


Randy L. Jones
476 COUNTY ROAD 202
CENTRE, AL 35960


Ranger Postmaster
121 US 411 HWY SE
RANGER, GA 30734-9998


Ransom Floral Company
P.O. BOX 1801
ROME, GA 30162-1801


Rayburn Electric Company, Inc.
2 DUDE STREET
ROME, GA 30165


RBP Chemical Technology, Inc.
DEPT #5322
150 S 118th St
Milwaukee, WI 53214-3090


Richard Bagley
38 Walker Hill Cir NW
Cartersville, GA 30121-4934
```

Ringgold Telephone Company
P.O. BOX 869
RINGGOLD, GA 30736-0869


RJ Young Company, Inc.
809 Divison Street
Nashville, TN 37203


RJ Young of Georgia
P.O. BOX 41668
NASHVILLE, TN 37204-1668


Robert V. Ozment
3900 ALABAMA RD NW
ROME, GA 30165


Rome Baseball Club  Inc.
P.O. Box 5515
Rome, GA 30162


Rome Braves
755 Braves Blvd.
Rome, GA 30161


Rome Downtown Development
607 Broad Street
Rome, GA 30162


Rome Hosiery Mills, LLC
305 East 6th Avenue
Rome, GA 30161


Ryder
3339 Atlanta West - 190
Rome, GA 30161

Ryder Fleet Products, Inc.
PO BOX 945730
ATLANTA, GA 30394-5730


Ryder Transportation Services
P.O. BOX 402366
ATLANTA, GA 30384-2366


Sara Hightower Regional Library
Children's Summer Reading Prog
205 Riverside Parkway NE
ROME, GA 30161-2913


Scale Systems  Inc.
P.O. Box 116733
Atlanta, GA 30368-6733


Second Street Media, Inc.
317 N 11TH STREET  SUITE 200
ST LOUIS, MO 63101


Second Street Media, Inc.
317 North 11 Street
Suite 302
Saint Louis, MO 63101


Shred-It USA
14201 Hickory Creek Road
Lenior City, TN 37772


Sisson Hydraulic
7 Cheiftan Drive NW
Rome, GA 30165


Southern Lithoplate, Inc.
P.O. BOX 9400
Wake Forest, NC 27588-9400

Southtel Financial
P.O. BOX 1149
CALHOUN, GA 30703-1149


SouthTel Leasing
P.O. Box 1149
Calhoun, GA 30703


SP Newsprint Co.
P.O. BOX 101449
Atlanta, GA 30392-1449


Spork Labs LLP
P.O. Box 526051
Salt Lake City, UT 84152


Spring Creek Properties
384 David Road SE
Rome, GA 30161


Spring Creek Properties
1103 East 2nd Avenue
Rome, GA 30161


SPRINT
P.O. Box 4181
Carol Stream, IL 60197-4181


Spurling Fire Alarm & SERVICE
520 NORTH ELM STREET
DALTON, GA 30721-2824


STAPLES
PO BOX 95708
CHICAGO, IL 60694-5708

```
STAPLES
212 SHORTER AVE.
ROME, GA 30165


Store-More Self Storage
PO Box 1306
Rome, GA 30162-1306


Sugar Valley Postmaster
SUGAR VALLEY, GA 30746


Sun Chemical
PO Box 2193
Carol Stream, IL 60132-2193


Synovus Securities, Inc.
1137 1st Avenue, 2nd Floor
Columbus, GA 31901


T&S Equipment Corp
2999 N Wayne St
Angola, IN 46703-0507


Tatum LLC
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75207


Tatum, a division of SFN


TCF Equipment Finance  Inc.
P.O. Box 77077
Minneapolis, MN 55480-7777
```

TCF Equipment Finance, Inc.
11100 Wayzata Blvd
Suite 801
Hopkins, MN 55305


TCN, Inc
560 South Valley View Dr
Suite 3
Saint George, UT 84770


The Cedarstream Co.  Inc.
P.O. Box 1761
Cedartown, GA 30125


The Daily Citizen News
P.O. BOX 1167
DALTON, GA 30722-1167


The Equipment Leasing Co.
9112 GUILFORD ROAD
COLUMBIA, MD 21046


The Hartford
P.O. Box 660916
Dallas, TX 75266-0916


The Hartford - Insurance
PO Box 660916
Dallas, TX 75266-0916


The Interlochen Group  LLC
PO Box 934266
Atlanta, GA 31193-4266


The New York Times
PO Box 371427
Pittsburgh, PA 15250-7427

```
The Tuscaloosa News
PO Box 20587
Tuscaloosa, AL 35402


The Washington Post Company
ATTN:  The Writers Group
PO Box 75442
BALTIMORE, MD 21275-5442


The Waters Organization
1866 Independence Square
Atlanta, GA 30338


Thomas D. Richardson
Brinson Askew Berry et. al.
P.O. Box 5007
Rome, GA 30162-5007


Thomas Wacaster
58 Womack Dr SE
Cartersville, GA 30121-7354


Tonya Cook
265 County Road 522
Centre, AL 35960


Tourbuzz, LLC
118 CHELSEA DRIVE
DECATUR, GA 30030


TownNews.com
1510 47th Ave
Moline, IL 61265


Trask Managment Group
3 Central Plaza, #426
Rome, GA 30161
```

Tribune Media Services
15158 Collections Center Drive
CHICAGO, IL 60693


Tribune Media Services
435 N. Michigan Avenue
Chicago, IL 60611


Tribune Media Services, Inc.
PO Box 10026
Albany, NY 12201


Tyco Integrated Security, LLC
P.O. BOX 371967
PITTSBURGH, PA 15250-7967


ULINE
Attn: Accounts Receivable
2105 South Lakeside Drive
WAUKEGAN, IL 60085


United Community Bank
307 E 2nd Avenue
Rome, GA 30162


United Feature Syndicate
Commerce Bank
PO Box 843771
Kansas City, MO 64184-3771


United Media
P.O. BOX 641465
CINCINNATI, OH 45264-1465


Universal U Click
COMMERCE BANK
PO Bank 843345
KANSAS CITY, MO 64184-3345

Unum Life Insurance Company
P.O. BOX 409548
ATLANTA, GA 30384-9548


USA Today
305 SEABOARD LN STE 301
FRANKLIN, TN 37067-8288


USA Today
5300 Oakbrook Parkway
Suite 100
Norcross, GA 30093


Valley Lawn and Landscaping
4145 OOltewah Ringgold Road
RINGGOLD, GA 30736


Vaughn Heating & Cooling
1655 Hwy 273
Leesburg, AL 35983


Verizon Wireless
P.O. Box 660108
Dallas, TX 75266-0801


Vertis  Inc.
P.O. Box 844167
Dallas, TX 75284-4167


Videojet Technologies, Inc.
12113 Collection Center Drive
Chicago, IL 60693


Videojet Technologies, Inc.
1500 Mittel Blvd.
Wood Dale, IL 60191

Walker Co. Chamber of Commerce
P.O. BOX 430
ROCK SPRING, GA 30739-0430


Walker Co. Tax Commissioner
P.O. BOX 628
LAFAYETTE, GA 30728-0628


Wallis Printing Company
6 Redmond Court
Rome, GA 30162-1674


Ward's Pharmacy
832 TURNER MCCALL BLVD
ROME, GA 30161


Waste Industries
P.O. Box 580027
Charlotte, NC 28258-0027


Waste Industries
2699 Cochran Industrial
Douglasville, GA 30134


Waste Services of Georgia
650 25th Street NW
Suite 100
CLEVELAND, TN 37311


Waste Services of Georgia, LLC
2207 Industrial South Road
Dalton, GA 30720


Water Works & Sewer Board
130 South River Street
CENTRE, AL 35960

Weiss Lake Properties, Inc.
1460-A West Main Street
Centre, AL 35960


William F. Hullander
10944 London Lane
Apison, TN 37302


Windstream
PO Box 9001908
LOUISVILLE, KY 40290-1908


WJTH-AM
P.O. Box 1119
CALHOUN, GA 30703-1119


Xata
965 Prairie Center Drive
Eden Prairie, MN 55344


XATA Corporation
965 Prairie Center Drive
EDEN PRAIRIE, MN 55344

# United States Bankruptcy Court
## Northern District of Georgia

In re    **News Publishing Company**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **News Publishing Company**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January  1, 2013**

Date

**/s/ J. Nevin Smith**

**J. Nevin Smith 661110**

Signature of Attorney or Litigant

Counsel for    **News Publishing Company**

**SMITH CONERLY LLP**
**402 Newnan Street**
**Carrollton, GA 30117**
**770-834-1160 Fax:770-834-1190**
**cstembridge@smithconerly.com**

Resolution of Board of Directors
of
News Publishing Company


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Burgett H. Mooney, III**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Burgett H. Mooney, III**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Burgett H. Mooney, III**, **President** of this Corporation is authorized and directed to employ **J. Nevin Smith 661110**, attorney and the law firm of **SMITH CONERLY LLP** to represent the corporation in such bankruptcy case.

Date  **December 18, 2012**                          Signed  _Elizabeth Mozley_
                                                              **Elizabeth Mozley**

Date  **December 18, 2012**                          Signed  _Burgett H. Mooney III_
                                                              **Burgett H. Mooney, III**

Date  **December 18, 2012**                          Signed  _Mary Sibley Banks_
                                                              **Mary Sibley Bank**

## United States Bankruptcy Court
### Northern District of Georgia

In re    **News Publishing Company**                                          Case No.
_____    Chapter    **11**
Debtor(s)

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Burgett H. Mooney, III**, declare under penalty of perjury that I am the **President** of **News Publishing Company**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 17th day of December, 2012.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Burgett H. Mooney, III, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Burgett H. Mooney, III, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Burgett H. Mooney, III, President** of this Corporation is authorized and directed to employ **J. Nevin Smith 661110**, attorney and the law firm of SMITH CONERLY LLP to represent the corporation in such bankruptcy case."

Date    **December 18, 2012**                    Signed    /s/ Burgett H. Mooney
                                                              **Burgett H. Mooney, III**